IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DONALD FURTYS, JR.,**

    *Petitioner*,

v.                    Case No.: 4:20cv355-MW/MJF

**RICKY D. DIXON,**

    *Respondent*.

_____/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Petitioner's objections, ECF No. 35.

    Accordingly,

    **IT IS ORDERED**:

    The report and recommendation, ECF No. 30, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Petitioner's motion for leave to supplement, ECF No. 28, and his renewed motion to stay, ECF No. 29, are **DENIED**. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DENIED**." A certificate of appealability is

**DENIED**. The Clerk shall close the file.

**SO ORDERED on November 22, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
